IN THE UNITED STATES BANKRUPTCY COURT
For the SOUTHERN DISTRICT of FLORIDA
WEST PALM BEACH DIVISION

|  |  |
|---|---|
| In re: Seamus James Hoban and Janice Hall Hoban  )<br>)<br>)<br>)<br>Debtor(s)                                   ) | Chapter:       13<br>Case Number:    20-19403-EPK<br>Assigned to the Honorable:<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

OLIPHANT USA, LLC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that OLIPHANT USA, LLC be given and served with all notices given or required to be given in the case as follows:

>OLIPHANT USA, LLC
>Bass & Associates, P.C.
>3936 E. Ft. Lowell Road, Suite #200
>Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/05/20
Account Number: ******2949

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    OLIPHANT USA, LLC
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com