**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:                                                                    Case No: 20-19403-EPK
                                                                                   Chapter 13

HOBAN, SEAMUS JAMES
SSN: XXX-XX-8730

HOBAN, JANICE
SSN: XXX-XX-9319
_____Debtors_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtors object to the following claim filed in this case:

**Debtor objects to Claim #12 of Roger R. St. Martin (the "Claimant").**

The claim was not filed using the proper bankruptcy claim form. Therefore, the Debtor respectfully requests that this Honorable Court sustains this objection and strike and disallow this claim and for whatever further relief is deemed just and proper.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002 -1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  October 26, 2020                       By: /s/ _____
                                                                     Brian J. Cohen, Esq.
                                                                     For The Firm
                                                                     Florida Bar No. 142298

                                                                     THE COHEN LAW FIRM, P.A.
                                                                     *Attorneys for Debtor(s)*
                                                                     1700 University Drive, Suite 210
                                                                     Coral Springs, FL  33071
                                                                     Tel:  (954) 346-1400
                                                                     Fax:  (954) 346-0400

LF-70 (rev. 12/01/09)