UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-19403-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SEAMUS JAMES HOBAN
XXX-XX-8730
JANICE HALL HOBAN
XXX-XX-9319

DEBTORS_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to <u>December 8, 2020</u> at <u>9:00 AM</u> at the United States Federal Bankruptcy Courthouse, 1515 North Flagler Drive, Room 801, Courtroom B, West Palm Beach, FL 33401.

**EFFECTIVE IMMEDIATELY** Until further notice or unless directed otherwise, the court will **ONLY** hold Telephonic hearings. The following telephonic service providers <u>CourtCall</u> (888) 882−6878 or <u>Court Solutions</u> (917) 746−7476 will be permitted in **ALL** matters. Visit the court <u>website</u> to determine which service provider is being used by the presiding judge. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients **NOT** to appear at the courthouse.

PLEASE TAKE NOTICE the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of November, 2020.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  20-19403-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
SEAMUS JAMES HOBAN
JANICE HALL HOBAN
P.O. BOX 2669
PALM BEACH, FL  33480

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071

**BRIAN J. COHEN, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.