

**ORDERED in the Southern District of Florida on November 23, 2020.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                        Case No: 20-19403-EPK
                                                                   Chapter 13

HOBAN, SEAMUS JAMES
SSN: XXX-XX-8730

HOBAN, JANICE
SSN: XXX-XX-9319
                        Debtor                /

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court's chapter 13 consent calendar on November 18, 2020 upon the Debtor's Objection to Claim (ECF#21) and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.    Debtor's objection to Roger R. St. Martin [# 12] is SUSTAINED.

2.    Therefore, the proof of claim shall be stricken and disallowed.

###

Submitted By:

Brian J. Cohen, Esq., The Cohen Law Firm,  P.A.1700 University Drive, Suite 210, Coral Springs, FL 33071;
Tele: 954-346-1400 Fax: 954-346-0400

*Brian J. Cohen is directed to serve copies of this order on the appropriate parties and file a certificate of service.*