UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  20-19403-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SEAMUS JAMES HOBAN
XXX-XX-8730
JANICE HALL HOBAN
XXX-XX-9319

___DEBTORS_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 23 |
| **Claimant:** | Roger R. St. Martin |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 28th day of September, 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**Page 1 of 2**

**COPIES FURNISHED TO:**

**DEBTORS**
SEAMUS JAMES HOBAN
JANICE HALL HOBAN
P.O. BOX 2669
PALM BEACH, FL  33480

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071

**CREDITOR**
Roger R. St. Martin
3760 Kenyon Road
Lake Worth,  FL  33461