UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  20-19403-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SEAMUS JAMES HOBAN
XXX-XX-8730
JANICE HALL HOBAN
XXX-XX-9319

DEBTORS_____/

## NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

### *** (Hearing Set for 11/14/2023 is cancelled) ***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for November 14, 2023 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 16th day of October, 2023.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTORS**
SEAMUS JAMES & JANICE HALL HOBAN
P.O. BOX 2669
PALM BEACH, FL  33480

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071