## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.: 20-19403-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SEAMUS JAMES HOBAN
XXX-XX-8730
JANICE HALL HOBAN
XXX-XX-9319

DEBTORS_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 3rd day of September, 2025.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  20-19403-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
SEAMUS JAMES HOBAN
JANICE HALL HOBAN
7A CARROWMORE MEADOWS
KNOCK, CO. MAYO
F12 F787 IRELAND,

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 205
CORAL SPRINGS, FL  33071

**CREDITOR(S)**
ABSOLUTE RESOLUTIONS INVESTMENTS, LLC
8000 NORMAN CENTER DRIVE, SUITE 350
BLOOMINGTON, MN  55437

ADVANCED DIAGNOSTIC GROUP
POB 677642
DALLAS, TX  75267

ALL TRAN FINANCIAL, LP
POB 722901
HOUSTON, TX  77272

AMIR A. FAHMY, MD
8750 NW 36TH STREET SUITE #300
DORAL, FL  33178

ANDREU PALMA & ANDREU
701 SW 27TH AVE
#900
MIAMI, FL  33135

ARS NATIONAL SERVICES INC
POB 463023
ESCONDIDO, CA  92046-3023

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469047
ESCONDIDO, CA  92046-9047

BECKET & LEE, LLP
POB 3001
MALVERN, PA  19355

BLUEPRINT BROADCASTING
POB 57391
CHICAGO, IL  60657

BRIAN R. O'NEILL
15400 76TH ROAD NORTH
LOXAHATCHEE, FL  33470

CAPITAL MANAGEMENT SERVICES, LP
698 1/2 SOUTH OGDEN STREET
BUFFALO, NY  14206

CAPITAL ONE
POB 30285
SALT LAKE CITY, UT  84130

CAVALRY SPV I, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY  10595

CAVALRY SPV I, LLC
POB 27288
TEMPE, AZ  85282

CBCS COLLECTIONS
POB 163279
COLUMBUS, OH  43216

CCS COLLECTIONS
POB 55126
BOSTON, MA  02205

CHASE BANK USA, N.A.
C/O JP MORGAN CHASE BANK
POB 15368
WILMINGTON, DE  19850

COMENITY BANK
POB 182125
COLUMBUS, OH  43218-2125

CREDIT ONE BANK
POB 98873
LAS VEGAS, NV  89193

DAVID SILVERS M.D
POB 160010
HIALEAH, FL  33016

DISTRESSED ASSET PORTFOLIO III, LLC
10625 TECHWOODS CIR
CINCINNATI, OH  45242

ENHANCED RECOVERY COMPANY, LLC
POB 57610
JACKSONVILLE, FL  32241

FIRST SOURCE ADVANTAE, LLC
POB 628
BUFFALO, NY  14240

FIRST SVGS BK-BLAZE
POB 5096
SIOUX FALLS, SD  57117

FLORIDA CITRUS, BUSINESS & INDUSTRIES
POB 1303
TALLAHASSEE, FL  32302

GABRIEL REHABILITATION, INC.
790 JUNE OCEAN WALK SUITE 504C
JUNO BEACH, FL  33408

GASTROENTOLOGY SPECIALISTS
3355 BURNS RD STE 306
PALM BEACH GARDENS, FL  33410

HUNTER WARFILED, INC
4620 WOODLAND CORP BLVD
TAMPA, FL  33614

MOTION TO DISMISS
CASE NO.: 20-19403-BKC-EPK

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

LUIS M. NECO
POB 161
NECO TRUST  C/O MATTHEW NECO
SANTA MONICA, CA  90406

LUIS M. NECO REVOCABLE TRUST
340 ROYAL PALM WAY
C/O METTLER RANDOLPH MASSEY FERGUSON CARROLL
PALM BEACH, FL  33480

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MACYS
POB 78008
PHOENIX, AZ  85062-8008

MATTHEW A. NECO
C/O METTLER RANDOLPH MASSEY FERGUSON
340 ROYAL PALM WAY SUITE 100
PALM BEACH, FL  33480

MCCARTHY BURGUES WOLFF
THE MB&W BUILDING
26000 CANNON RD
BEDFORD, OH  44146

MIDLAND CREDIT MANAGEMENT INC
POB 2037
WARREN, MI  48090

NEUROSCIENCE CONSULTANTS
POB 160010
HIALEAH, FL  33016

NEWFIELD ORTHOPEDIC FOOT AND ANKLE
255 S YONGE ST
ORMOND BEACH, FL  32174

OLIPHANT USA, LLC
BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL RD., SUITE #200
TUCSON, AZ  85712

ON DECK CAPITAL, INC
4201 WILSON BLVD., STE. 110-209
ARLINGTON, VA  22203

ON DECK CAPITAL, INC.
12 POWDER SPRINGS STREET, SUITE 240
MARIETTA, GA  30064

OPTUM RX
POB 9040
CARLSBAD, CA  92018

PALM BEACH CARDIOLOGY CENTER, INC.
POB 14000
BELFAST, ME  04915

PALM BEACH MEDICAL CENTER
POB 741214
ATLANTA, GA  30374

PALM BEACH PROSTHODONTICS, LLC
1401 FORUM WAY #800
WEST PALM BEACH, FL  33401

PNC BANK
POB 609
PITTSBURGH, PA  15230

POOL SERVICE PLUS, INC.
340 BUSINESS PARK WAY SUITE #1
WEST PALM BEACH, FL  33411

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

MOTION TO DISMISS
CASE NO.:  20-19403-BKC-EPK

QUANTUM 3 GROUP LLC
POB 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC
POB 2489
KIRKLAND, WA  98083

QUEST DIAGNOSTICS
4225 EAST FOWLER AVENUE
TAMPA, FL  33617

REGIONS BANK
POB 10063
BIRMINGHAM, AL  35202

REGIONS BANK
POB 11407
BIRMINGHAM, AL  35246-0550

RESURGENT CAPITAL SERVICES L.P
POB 10497
GREENVILLE, SC  29603-0497

RMB CONCRETE AND PRECAST, INC.
POB 9787
RIVIERA BEACH, FL  33419

ROGER MARTIN
3760 KENYON RD
LAKE WORTH, FL  33461

ROGER R. ST. MARTIN
3760 KENYON ROAD
LAKE WORTH, FL  33461

SEARS CREDIT CARD
POB 9001055
LOUISVILLE, KY  40290

SYNCHRONY BANK
C/O PRA RECEIVABLES MGMT LLC
POB 41021
NORFOLK, VA  23541

MOTION TO DISMISS
CASE NO.: 20-19403-BKC-EPK

TRANSWORD SYSTEMS INC.
POB 15520
WILMINGTON, DE  19850

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

VILLAGE OF NORTH PALM BEACH
501 US HIGHWAY 1
NORTH PALM BEACH, FL  33408

WELLS FARGO BANK, N.A.
C/O WELLS FARGO CARD SERVICES
POB 9210
DES MOINES, IA  50306

WELLS FARGO BANK, N.A.
F8235-02F
POB 10438
DES MOINES, IA  50306